IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

SYLVESTER PARKER,               :
                                :
        Plaintiff,              :
                                :
vs.                             :      CIVIL ACTION 11-0683-M
                                :
MICHAEL J. ASTRUE,              :
Commissioner of Social Security,:
                                :
        Defendant.              :


JUDGMENT


It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be

entered in favor of Defendant Michael J. Astrue and against

Plaintiff Sylvester Parker.

DONE this 18th day of July, 2012.


s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE